RECEIVED
AUG 19 2025
BY MAIL

Aug 10th

Clerk of the Courts

My name is Dalton Harrison #72985-509 I am currently Serving a 48 month Sentence for 922(g) felon in Posession of a fire arm. I have become aware that 922(g) has been declared unconstitutional I was wondering if in my case If I quclify for sentence reduction or Immediate realese if you could help me further understand the sitution that I am in I would greatly apreciate it, also if you have any Paper work I need to fill out or that would be benificial to the situation I am in I would also apreciate that. Does this go retro-Active? I am eligible for halfway house in 5 months and I have already been put in I am Just waiting on my bed date.

I also herd the 85% has been reduced to 71% is this accurate information?

Thank you for your time.

Respectfully, Dalton Harrison
72985509
usp McCreary
Po box 3000
Pi[illegible] knot, Ky
[illegible]

KNOXVILLE TN 377
13 AUG 2025 AM 3 L

Eastern District of Missouri
federal courts
Clerk of the court
111 S 10th street
St. Louis MO
611

RECEIVED
AUG 19 2025
BY MAIL

63102-112700